IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Nos. | 10-00128-MJ-JTM |
| | ) | | 10-00129-MJ-JTM |
| JOSE GALLEGOS-VALLES, | ) | | 10-00130-MJ-JTM |
| JESUS PENA-CRUZ, | ) | | 10-00131-MJ-JTM |
| NOE REYES-LOEZA, | ) | | |
| LUCIANO REYES-POLITO, | ) | | |
| | ) | | |
| Defendant. | ) | | |

## GOVERNMENT'S LIST OF EXHIBITS

Comes now the United States of America by the undersigned counsel and files the attached list of exhibits which the Government may offer at trial and requests leave to amend this list as needed.

Respectfully submitted,

Beth Phillips
United States Attorney

By: /s/ *Brian P. Casey*
Brian P. Casey
Assistant United States Attorney

Charles Evans Whittaker Courthouse
400 East Ninth Street, Fifth Floor
Kansas City, Missouri 64106
Telephone: (816) 426-2771

CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was delivered on September 23, 2010 to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

      /s/ *Brian P. Casey*
      Brian P. Casey
      Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | Nos. | 10-00128-MJ- JTM |
| ) | | 10-00129-MJ-JTM |
| JOSE GALLEGOS-VALLES, ) | | 10-00130-MJ-JTM |
| JESUS PENA-CRUZ, ) | | 10-00131-MJ-JTM |
| NOE REYES-LOEZA, ) | | |
| LUCIANO REYES-POLITO, ) | | |
| ) | | |
| Defendants. ) | | |

**E X H I B I T S**

| | | | | | |
|---|---|---|---|---|---|
| ✓ | = | Offered & admitted without objection. | D.B. | = | Admitted, de bene. |
| X. | = | Offered & admitted over objection. | W.D. | = | Offered then withdrawn. |
| Ex. | = | Offered, but objected to and excluded. | Ltd. | = | Admitted for limited purpose. |
| N.O. | = | Marked but not offered. | | | |

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 1 | | | | One blank Form I-9 |
| 2 | | | | One blank Form W-4 |
| 3 | | | | Photograph of Tak Kit Chan |
| 4 | | | | Photograph of Xu Li Gao |
| 5 | | | | Photograph of "Chin" |
| 6 | | | | Photograph of Alberto Moreno-Vasquez |

I certify that I have this date _____ received from the Clerk, United States District Court, Western District of Missouri, the following numbered exhibits listed above, for which I hold myself responsible:

_____          _____
          PRINTED NAME                                        SIGNATURE

| Exhibit Number | Action Taken | Date | Time | Description |
|---|---|---|---|---|
| 7 | | | | Photograph of Javier Salazar |
| 8 | | | | Photograph of white van |
| 9 | | | | Photograph of black SUV |
| 10 | | | | Photograph of red truck |
| 11 | | | | One employment agency receipt |
| 12 | | | | One employment agency receipt |
| 13 | | | | One employment agency receipt |
| 14 | | | | One employment agency receipt |
| 15 | | | | One June bus ticket |
| 16 | | | | One black notebook |
| 17 | | | | One yellow notebook |
| 18 | | | | One identification card |
| 19 | | | | One voter card |
| 20 | | | | One birth certificate |
| 21 | | | | One photocopy of identification card |
| 22 | | | | One photocopy of voter card |
| 23 | | | | One photocopy of identification card |
| 24 | | | | One menu from Mr. Wok |
| | | | | |
| | | | | |

Page 2

Case 4:10-mj-00131-JTM   Document 14   Filed 09/23/10   Page 4 of 4